# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 11/10/2019

The parties' deadline to restore the action to the docket is extended until December 9, 2019.

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Garey v. Frames for America, Inc.*
                Case No.: 19-cv-01668 (VSB)(SN)

Dear Judge Broderick:

      We represent defendant Frames for America, Inc. ("Defendant") in the above-referenced action. We write, together with Plaintiff's counsel, to respectfully request a thirty (30) day extension of the parties' time to restore this action. The parties are diligently working together to finalize the settlement documents and are confident that they will consummate the agreement within the next thirty (30) days. This is the parties' second request for an extension of time to restore this action. The first request, dated September 20, 2019 (Dkt. No. 15), was granted (Dkt. No. 16).

      Thank you for Your Honor's consideration of this request.

                              Respectfully submitted,

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.


                              By:    */s/ Jamie Haar*
                                      Jamie Haar

cc:    All counsel of record (by ECF)

40642639.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington