```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KEVIN GAREY,                                               :
                                                           :
                              Plaintiff,                   :
                                                           :            19-CV-1668 (VSB)
              -against-                                    :
                                                           :                 ORDER
FRAMES FOR AMERICA, INC.,                                  :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2019

VERNON S. BRODERICK, United States District Judge:

On September 9, 2019, I issued an order discontinuing this action without costs and without prejudice to restore the action to the Court's docket if the application to restore was made within thirty (30) days. (Doc. 14.) I then granted two extensions of time to make an application to restore the action to the docket, such that the final deadline was December 9, 2019. (*See* Docs. 15–18.)

On December 9, 2019, the parties made an application to reopen the case for the limited purpose of entering the parties' proposed Stipulation and Order of Dismissal, under which the Court to retain jurisdiction for the limited purpose of enforcing one provision of the parties' Confidential Settlement Agreement and Release of Claims.

Pursuant to Rule 1B of my Individual Rules and Practices, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish the Court to retain jurisdiction, they must place the terms of the settlement on the public record by either providing a copy of the settlement agreement for the Court to endorse or including the terms of settlement in their stipulation of dismissal. If the parties wish to file portions of the settlement agreement

under seal, they may make an application to do so in accordance with my Individual Rules & Practices in Civil Cases. If the parties do not wish the Court to retain jurisdiction, they should revise their stipulation of dismissal to remove that paragraph.  Accordingly, it is hereby:

ORDERED that by December 18, 2019, the parties shall submit a revised stipulation.

IT IS FURTHER ORDERED that the deadline to restore this case to the docket is extended *nunc pro tunc* to December 18, 2019.

SO ORDERED.

Dated: December 11, 2019
      New York, New York

Vernon S. Broderick
United States District Judge